JL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Norair Nikogosian, | No. CV-25-04384-PHX-DJH (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, | |
| Respondent. | |

On October 27, 2025, pro se Petitioner Norair Nikogosian, an immigration detainee who was then confined in the San Luis Regional Detention Center, filed a Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) in the United States District Court for the Southern District of California and paid the filing fee. On November 14, 2025, District Judge Andrew G. Schopler transferred the case to this Court. On November 24, 2025, the case was assigned to the undersigned. Because Petitioner is no longer in custody, the Court will dismiss the Petition and this case as moot.

**I.  Petition**

In his Petition, Petitioner names the Warden of the San Luis Regional Detention Center as Respondent. Petitioner states that he was taken into the custody of Immigration and Customs Enforcement (ICE) on August 10, 2024. He asserts his continued detention violates his due process rights under *Zadvydas v. Davis*, 533 U.S. 678 (2001).

. . . .

. . . .

## II. Discussion

A search of ICE's detention records indicates Petitioner is no longer in custody.[1] A habeas corpus petitioner's "release from detention under an order of supervision 'moots his challenge to the legality of his extended detention.'" *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007) (quoting *Riley v. INS*, 310 F.3d 1253, 1256-57 (10th Cir. 2002)). Similarly, a habeas corpus petition filed by a petitioner who "challenge[s] only the length of his detention, as distinguished from the lawfulness of the deportation order, . . . [is] rendered moot by his removal." *Id.* at 1062.

Because Petitioner is no longer in ICE custody, the Petition is moot, and the Court lacks jurisdiction over it. The Court will therefore dismiss the Petition and this case.

**IT IS ORDERED:**

(1) Petitioner's Petition Under 28 U.S.C. § 2241 (Doc. 1) and this case are **dismissed**.

(2) The Clerk of Court must enter judgment accordingly and close this case.

Dated this 22nd day of December, 2025.

Honorable Diane J. Humetewa
United States District Judge

---

[1] *See* https://www.bop.gov/inmateloc/ (search "Find By Name" with "First" as "Norair" and "Last" as "Nikogosian") (last visited Dec. 18, 2025). In addition, Petitioner previously filed a § 2241 Petition in this Court challenging his continued detention. *Nikogosian v. Unknown Party*, CV-25-04005-PHX-DJH (JZB). On December 8, 2025, mail that was sent to Petitioner at the San Luis Regional Detention Center on October 27, 2025, was returned as undeliverable because Petitioner is no longer in custody.